JOSEPH SCHLESINGER, #87692
Acting Federal Defender
JEROME PRICE, Bar #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GARY DALE POOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:00-cr-05320 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | Date: March 19, 2013 |
| GARY DALE POOLE, | Time: 8:30 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter currently set for February 19, 2013, **may be continued to March 19, 2013 at 8:30 a.m.**

The reason for the continuance is for defense to conduct further investigation and to allow time to receive requested records. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

1     The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 justice, including but not limited to, the need for the period of time set forth herein for effective defense
3 preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

                                                                                                                         BENJAMIN WAGNER
                                                                                                       United States Attorney

DATED: February 11, 2013                               By:   */s/ Grant B. Rabenn*
                                                                                                      GRANT B. RABENN
                                                                                                      Assistant United States Attorney
                                                                                                      Attorney for Plaintiff

                                                                                                      JOSEPH SCHLESINGER
                                                                                                      Acting Federal Defender

DATED: February 11, 2013                               By:   */s/ Jerome Price*
                                                                                                      JEROME PRICE
                                                                                                      Assistant Federal Defender
                                                                                                      Attorney for Defendant
                                                                                                      Gary Dale Poole

## **O R D E R**

Granted.  Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

**Dated:  February 12, 2013**        */s/  Lawrence J. O'Neill*
                                                            UNITED STATES DISTRICT JUDGE