IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GARY DALE POOLE, ) <br> ) <br> Defendant. ) <br> ) | No. 1:00-CR-05320 LJO <br><br> ORDER OF RELEASE |

The above named defendant having been sentenced on April 1, 2013, to time served.

IT IS HEREBY ORDERED that the defendant shall be released to a representative of Westcare Impatient Drug and Alcohol Program on April 3, 2013 at 10:00am. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:   April 3, 2013**          **/s/  Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

1